

United States District Court
Eastern District of California

| UNITED STATES OF AMERICA | | Case Number: | 2:22-CR-0213 KJM |

Plaintiff(s)

V.

| RICKY VEGA |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Laura K. Gasiorowski, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Ricky Vega

On 08/01/1995 (date), I was admitted to practice and presently in good standing in the United States District Court, District of NJ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: April 12, 2024    Signature of Applicant: /s/ Laura K. Gasiorowski, Esq.

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Laura K. Gasiorowski |
| Law Firm Name: | Stahl Gasiorowski, P.C. |
| Address: | 53 Cardinal Drive |
| | 3rd Floor, Suite 4 |
| City: | Westfield    State: NJ    Zip: 07090 |
| Phone Number w/Area Code: | (908) 301-9001 |
| City and State of Residence: | Fair Haven, NJ |
| Primary E-mail Address: | LKG@SGDefenseLaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Timothy E. Warriner, Esq. |
| Law Firm Name: | Law Office of Timothy E. Warriner |
| Address: | 455 Capital Mall |
| | Suite 802 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 443-7141    Bar # 166128 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2024

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, MELISSA E. RHOADS, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

### Laura Gasiorowski

was duly admitted to practice in said Court as of August 01, 1995 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: April 10, 2024



MELISSA E. RHOADS, CLERK

By _____

Ashley Katsikis,   Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Laura Kathleen Gasiorowski** (No. **009511995**) was constituted and appointed an Attorney at Law of New Jersey on **May 31, 1995** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of April, 2024.

Heather J. Baker
Clerk of the Supreme Court