ROBERT G. STAHL
STAHL GASIOROWSKI, P.C.
53 Cardinal Drive, 3rd Floor
Westfield, New Jersey 07090
Telephone: (908) 301-9001
Facsimile: (908) 301-9008
Email: RGS@SGDefenseLaw.com
Attorney for Defendant
RICKY VEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-0213 KLM |
|---|---|
| Plaintiff, | |
| vs. | RE: STIPULATION REGARDING TRAVEL [PROPOSED ORDER] |
| RICKY VEGA, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. That the defendant and his family – wife, children and parents – had a pre-paid cruise booked prior to his arrest to the Bahamas from November 4, 2024, to November 8, 2024, leaving from and returning to Orlando, Florida. If defendant was to cancel the trip now, he and his family would lose 75% of the costs;

2. That Pretrial Services in New Jersey is supervising defendant and indicated that he has no pretrial violations. Pretrial Services in Sacramento defers to the Court on international travel requests;

3. That defendant will travel from Orlando, Florida on Utopia of the Seas on November 4, 2024, and cruise to Nassau, Bahamas, and return to Orlando, Florida on November 8, 2024. Defendant is permitted to retrieve his Passport from PTS in Trenton, N.J. two (2) business days prior to the trip and return it within two (2) days upon his return from the trip.

4. That the government agrees the defendant may obtain his passport from Pretrial Services as described above and travel to Bahamas on a cruise for a 5-day period.

**IT IS SO STIPULATED.**

Dated:   September 12, 2024                                  PHILLIP A. TALBERT
                                                             United States Attorney

                                                             */s/ VERONICA ALEGRIA*
                                                             VERONICA ALEGRIA
                                                             Assistant United States Attorney

Dated:   September 12, 2024                                  /s/ ROBERT G. STAHL
                                                             ROBERT G. STAHL
                                                             Counsel for Defendant

**[PROPOSED] ORDER.**

The defendant, Ricky Vega, may obtain his passport from Pretrial Services two business days before the trip and travel to Nassau, Bahamas on a cruise from Orlando, Florida for 5 days, returning to the District of New Jersey no later than November 9, 2024, and returning his passport to Pretrial Services within two business days upon his return.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
**THE HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE**